No. 98–9326. MILBURN v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 98–9327. STROUD v. PATTON, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–9328. ROYBAL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–9329. PESEK v. COURT OF APPEALS OF WISCONSIN, DISTRICT III, ET AL. Sup. Ct. Wis. Certiorari denied.

No. 98–9330. BURRAL v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 98–9332. TURNER v. MILLER COUNTY SHERIFF'S DEPARTMENT. C. A. 8th Cir. Certiorari denied.

No. 98–9333. MAHAN v. HARGETT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–9334. KING v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–9336. MCBROOM v. TECHNEGLAS, INC. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 98–9337. WIGGINS v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 98–9338. BOGGS v. TREADWAY ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9339. PESEK v. COURT OF APPEALS OF WISCONSIN, DISTRICT III. Sup. Ct. Wis. Certiorari denied.

No. 98–9345. JOHNSON v. SAN BERNARDINO COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9346. RIVERA v. NELSON ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–9347. STEVENS v. WINGARD, WARDEN. C. A. 6th Cir. Certiorari denied.